```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ISIDRA B. TUBURAN, ROSALINDA D. QUILARIO,
and WENDOLEN O. ALMONTE,

                    Plaintiffs,
                                                    O R D E R
          - against -
                                                    12 Civ. 8561 (NRB)
RAINA MASSEY, JERRY SONA and
CARE WORLDWIDE, INC.,

                    Defendants.
------------------------------------------X
EMMELYN CALUMBA, ARLENE FERRERA, EVA
MARTINA MACHACON, and CLEANDA ONCINES,

                    Plaintiffs,

          - against -
                                                    13 Civ. 8936 (NRB)
RAINA MASSEY and CARE WORLDWIDE, INC.,

                    Defendants.
------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2014

   **WHEREAS**, it has been reported to this Court that the above-captioned cases have been settled; and

   **WHEREAS**, on November 13, 2014, without leave of the Court, counsel for defendants filed unredacted confidential documents related to the settlements on our electronic docket; and

   **WHEREAS** no party has requested that this Court retain jurisdiction over any settlement; it is hereby

**ORDERED** that the filings at ECF No. 33 in 12 Civ. 8561 and at ECF No. 10 in 13 Civ. 8936 be struck from the docket; and further

**ORDERED** that both of the above-captioned cases be dismissed without prejudice.

Dated:  New York, New York
        November 17, 2014

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Counsel for plaintiffs
Felix Q. Vinluan, Esq.
69-10 Roosevelt Ave., 2nd Fl.
Woodside, NY 11377

Counsel for defendants
Satish K. Bhatia, Esq.
Bhatia & Associates, PLLC
38 W. 32nd St., Ste. 1511
New York, NY 10001